# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| BENJAMIN COXON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-55 |
| v. | |
| UNITED STATES ATTORNEYS, et al., | |
| Defendants. | |

## **O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 18, 2025, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 6.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 11th day of April, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA